RECEIVED

JAN 1 2 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSE ANTONIO MARTINEZ | CIVIL ACTION 15-1708 |
| VERSUS | JUDGE HAIK |
| SHERIFFS DEPT. ST. LANDRY | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

This matter was referred to Magistrate Judge Whitehurst for Report and Recommendation. After full consideration of the record, and noting the absence of objections, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** that petitioner's claims be **DISMISSED WITH PREJUDICE** for **failure to prosecute.**

THUS DONE and SIGNED on this 12th day of January, 2016.

*[signature]*

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA